```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**DERRICK GARRETT**                                   CIVIL ACTION

**VERSUS**                                            NO. 10-1079

**N. BURL CAIN**                                      SECTION "A"(5)

<u>**ORDER**</u>

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Derrick Garrett for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of April, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE